[NOT FOR PUBLICATION]

United States Court of Appeals
For the First Circuit


No. 96-2070

MANCHESTER SECURITY SERVICE, INC.,

Plaintiff - Appellant,

v.

CERTAIN UNDERWRITERS AT LLOYD'S, ETC., ET AL.,

Defendants - Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, U.S. District Judge] 



Before

Torruella, Chief Judge, 

Boudin and Lynch, Circuit Judges. 



Andrew D. Dunn, with whom Devine, Millimet & Branch, P.A. 
was on brief for appellant.
Louis M. Rohrberg, with whom Rohrberg & Associates was on 
brief for appellees.



April 24, 1997


Per Curiam. Upon review of the briefs and record in Per Curiam. 

this case, we affirm the decision of the district court for

substantially the same reasons stated in its opinion dated

August 28, 1996.

Costs on appeal are awarded to appellees. Costs on appeal are awarded to appellees. 

-2-